IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL BLACKSON *Plaintiff(s)* | : : : |
| v. | : CIVIL NO. 23-1298 |
| HARUN A. MATTHEWS, et al. *Defendant(s)* | : : : : |

## ORDER

**AND NOW**, this **13th day of March 2025**, upon Defendants Revolution Trailer Rental LLC and Joshua Slaven's Motion for Judgment on the Pleadings (ECF No. 39), Plaintiff's Response (ECF No. 42), and Defendants' Response (ECF No. 43), it is hereby **ORDERED** as follows:

1. Defendants' Motion for Judgment on the Pleadings is **GRANTED**, with prejudice. Defendants Revolution Trailer Rental LLC and Joshua Slaven are **DISMISSED** from the case.

2. Plaintiff's request to file an amended complaint is **DENIED**.

BY THE COURT:

_____
HON. KAI N. SCOTT
**United States District Court Judge**